

**SO ORDERED.**

**SIGNED this 04th day of August, 2011.**

_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

In Re:                                                                                         Chapter 13
PETE F. MOLINA & JOANN S. MOLINA

Debtor(s)                                                                         Case No. 11-50404 C

**ORDER ON TRUSTEE'S OBJECTION TO CLAIM OF
HSBC BANK NEVADA
Court Claim Number: 15**

On this day, came onto be considered the Trustee's Objection Claim of **HSBC BANK NEVADA** and no response having been filed, the Court finds notice was proper and the Objection is sustained.

**IT IS THEREFORE ORDERED**, that the Trustee's Objection to the Claim of **HSBC BANK NEVADA** in the amount of **$1,523.15**, filed on **April 08, 2011**, is granted.

FURTHER, the Court finds that the creditor has not complied with Bankruptcy Rule 3001(c). Therefore, the claim in the amount of $1523.15 is DISALLOWED and will be discharged upon completion of the plan.

Creditor Name & Address:
HSBC BANK NEVADA
C/O BASS & ASSOCIATES PC
3936 E FT LOWELL #200
TUCSON,AZ 85712

###